UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Robert Gene Bailey, )<br>     Plaintiff, )<br>)<br>  v. )<br>)<br>City of Fayetteville, )<br>Fayetteville Police Department, )<br>Chief Tom Bergamine, Sgt Mark Geske, )<br>Detective C. Borba, David Simmons, )<br>Tiffanie W. Sneed, Joseph Gardner, )<br>Bill Toman, R. M. Ashley, K. D. Mackey, )<br>P. J. Graham, Rodney Smith, )<br>Unknown Female Officer, )<br>     Defendants. )<br>) | **JUDGMENT**<br><br>No. 5:09-CV-461-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court DISMISSES plaintiff's action under 28 U.S.C. § 1915(g) and DENIES as moot plaintiff's motion to proceed in forma pauperis [D.E. 2]. The court DIRECTS the Clerk of Court to close the case.

**This judgment filed and entered on June 1, 2012, and served on:**

Robert Gene Bailey (via US Mail at Cumberland County Detention Center, 204 Gillespie Street,     Fayetteville, NC 28301)

June 1, 2012                      /s/ Julie A. Richards,
                             Clerk of Court