UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Robert Gene Bailey,                                     )
                            Plaintiff,                  )
                                                        )
         v.                                             )          **JUDGMENT**
                                                        )
City of Fayetteville,                                   )          No. 5:09-CV-461-D
Fayetteville Police Department,                         )
Chief Tom Bergamine, Sgt Mark Geske,                    )
Detective C. Borba, David Simmons,                      )
Tiffanie W. Sneed, Joseph Gardner,                      )
Bill Toman, R. M. Ashley, K. D. Mackey,                 )
P. J. Graham, Rodney Smith,                             )
Unknown Female Officer,                                 )
                            Defendants.                 )
                                                        )

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court DISMISSES plaintiff's action under 28 U.S.C. § 1915(g) and DENIES as moot plaintiff's motion to proceed in forma pauperis [D.E. 2]. The court DIRECTS the Clerk of Court to close the case.

**This judgment filed and entered on June 1, 2012, and served on:**

Robert Gene Bailey (via US Mail at Cumberland County Detention Center, 204 Gillespie Street,
              Fayetteville, NC 28301)

June 1, 2012                                            /s/ Julie A. Richards,
                                                        Clerk of Court